Ryan J. Works, Esq. (NSBN 9224)
Rory T. Kay, Esq. (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID KING, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> DIV HOLDINGS, LLC, doing business as "Jardin Premium Cannabis Dispensary," <br><br> Defendant. | Case No. 2:20-CV-00231-RFB-NJK <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT DIV HOLDINGS, LLC TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br> **(FIRST REQUEST)** |

Plaintiff David King and Defendant DIV Holdings, LLC ("DIV"), by undersigned counsel, hereby agree and stipulate that the deadline by which DIV must answer or otherwise respond to the Complaint is extended to March 27, 2020. This extension is appropriate to allow DIV's recently retained counsel to review and analyze the Complaint and prepare an appropriate response. This is the parties' first request for an extension of time and is not

///
///
///
///
///
///
///

1

intended to cause any undue delay or prejudice any party.

DATED: February 26, 2020.

| THE O'MARA LAW FIRM, P.C. | McDONALD CARANO LLP |
|---|---|
| By: */s/ David O'Mara* <br> David C. O'Mara, Esq. (NSBN 8599) <br> 311 East Liberty Street <br> Reno, Nevada 89501 <br> david@omaralaw.net <br><br> HEDIN HALL LLP <br> Frank S. Hedin, Esq. <br> 1395 Brickell Avenue, Ste. 1140 <br> Miami, Florida 33131 <br> fhedin@hedinhall.com <br><br> BURSOR & FISHER, P.A. <br> Philip L. Fraietta <br> 888 Seventh Avenue <br> New York, New York 10019 <br> pfaietta@bursor.com <br><br> *Attorneys for Plaintiff and the Putative Class* | By: */s/ Ryan J. Works* <br> Ryan J. Works, Esq. (NSBN 9224) <br> Rory T. Kay, Esq. (NSBN 12416) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> rworks@mcdonaldcarano.com <br> rkay@mcdonaldcarano.com <br><br> *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 27, 2020