Ryan J. Works, Esq. (NSBN 9224)
Rory T. Kay, Esq. (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant DIV Holdings, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID KING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIV HOLDINGS, LLC, doing business as "Jardin Premium Cannabis Dispensary,"<br><br>Defendant. | Case No. 2:20-CV-00231-RFB-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT DIV HOLDINGS, LLC TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (SECOND REQUEST)** |

Plaintiff David King and Defendant DIV Holdings, LLC ("DIV"), by undersigned counsel, hereby agree and stipulate that the deadline by which DIV must answer or otherwise respond to the Complaint is extended to April 27, 2020. This extension is appropriate to allow DIV's recently retained counsel to review and analyze the Complaint and prepare an appropriate response. This is the parties' second request for an extension of time, and is made in response to the global pandemic caused by the COVID-19 virus. This second request for an extension of time is not

/ / /

/ / /

/ / /

intended to cause any undue delay or prejudice any party.

DATED: March 27, 2020.

THE O'MARA LAW FIRM, P.C.          McDONALD CARANO LLP

By: */s/ David O'Mara*          By: */s/ Ryan J. Works*
   David C. O'Mara, Esq. (NSBN 8599)       Ryan J. Works, Esq. (NSBN 9224)
   311 East Liberty Street              Rory T. Kay, Esq. (NSBN 12416)
   Reno, Nevada 89501              2300 West Sahara Avenue, Suite 1200
   david@omaralaw.net             Las Vegas, Nevada 89102
                                 rworks@mcdonaldcarano.com
   HEDIN HALL LLP                rkay@mcdonaldcarano.com
   Frank S. Hedin, Esq.
   1395 Brickell Avenue, Ste. 1140      *Attorneys for Defendant*
   Miami, Florida 33131
   fhedin@hedinhall.com

   BURSOR & FISHER, P.A.
   Philip L. Fraietta
   888 Seventh Avenue
   New York, New York 10019
   pfaietta@bursor.com

   *Attorneys for Plaintiff and the*
   *Putative Class*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___March 30, 2020___

McDONALD CARANO

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

2