# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID KING,<br><br>  Plaintiff,<br><br>v.<br><br>DIV HOLDINGS, LLC,<br><br>  Defendant. | Case No.: 2:20-cv-00231-RFB-NJK<br><br>**ORDER** |

On April 27, 2020, Defendant DIV Holdings, LLC first appeared in the instant case. *See* Docket No. 12. On September 22, 2020, the parties filed a stipulated protective order to govern discovery production, which the Court granted. *See* Docket Nos. 20, 21. The parties, however, have failed to file a joint stipulated discovery plan, as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than January 12, 2021.

IT IS SO ORDERED.

Dated: January 5, 2021

                Nancy J. Koppe
                United States Magistrate Judge