# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID KING,

    Plaintiff,

v.

DIV HOLDINGS, LLC,

    Defendant.

Case No.: 2:20-cv-00231-RFB-NJK

**ORDER**

[Docket No. 26]

Pending before the Court is the parties' notice of settlement in principle and motion to vacate deadlines. Docket No. 26. The parties submit that they have agreed to a settlement in principle and, therefore, ask the Court to vacate all deadlines set forth in its January 13, 2021 order.

For good cause shown, the parties' motion to vacate deadlines, Docket No. 26, is hereby **GRANTED**. The Court **VACATES** all deadlines in its order at Docket No. 25. The parties must file dismissal documents no later than February 19, 2021.

IT IS SO ORDERED.

Dated: January 21, 2021

Nancy J. Koppe
United States Magistrate Judge